**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MORYE COOLEY,

                Plaintiff,

v.

SUMMIT,

                Defendant.

Case No. 24-cv-2457 (LMP/ECW)

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION AND**
**DISMISSING CASE**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 71, of United States Magistrate Judge Elizabeth Cowan Wright, which recommends granting Defendant Summit's Motion for Sanctions, ECF No. 63, and dismissing Plaintiff Morye Cooley's complaint, ECF No. 4, with prejudice. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.     The R&R (ECF No. 71) is **ADOPTED**;

2.     Summit's Motion for Sanctions (ECF No. 63) is **GRANTED**;

3.     Cooley's Complaint (ECF No. 4) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 12, 2026

                                   *s/Laura M. Provinzino*
                                   Laura M. Provinzino
                                   United States District Judge